IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

ROSIE GILLESPIE                                                                    PLAINTIFF

VERSUS                                                    CIVIL ACTION NO: 4:05cv189LA

CITY OF MACON, MISSISSIPPI
WILLIE DIXON, JR., and
ROBERT BOYKIN                                                                  DEFENDANTS

## JUDGMENT OF DISMISSAL WITH PREJUDICE

THIS CAUSE comes before the Court on the request <u>ore</u> <u>tenus</u> of the plaintiff that the action be dismissed with prejudice and final judgment entered. Being advised and finding that all claims against the Defendants have been resolved through compromise settlement, the Court finds this action should be dismissed. It is therefore

ORDERED AND ADJUDGED that this case be, and is hereby, dismissed with prejudice. Each party shall bear his/her/its own costs (including attorney's fees).

SO ORDERED AND ADJUDGED, this the 4th day of May, 2007.

/s/Tom S. Lee
**UNITED STATES DISTRICT JUDGE**

**AGREED**:

/s/Jim Waide
Jim Waide (MSB #6857)
Attorneys for Plaintiff

/s/Lee Thaggard
Lee Thaggard (MSB #9442)
Attorney for Defendants

G:\Users\712\gillespie final judgment.wpd